# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WATER GAP AQCUISITIONS PARTNERS, LLC,** *et al.*, | : <br> :    CIVIL ACTION NO. 3:21-2000 <br> : |
| Plaintiffs | :    (JUDGE MANNION) |
| v. | : |
| **SMITHFIELD TOWNSHIP,** *et al.*, | : |
| Defendants | : <br> : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**: the Defendants' motion to stay (**Doc. 30**) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  August 23, 2022**
21-2000-01-ORDER